JAMES MCMANIS (40958)
MICHAEL REEDY (161002)
COLLEEN DUFFY SMITH (161163)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
cduffysmith@mfmlaw.com

Attorneys for Plaintiffs G & C AUTO BODY, INC.,
a California corporation, and DIBBLE'S AUTOBODY,
the Collision Works, a sole proprietorship

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| G & C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship<br><br>     Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:C06-CV-04898 MJJ<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE FOR GEICO'S MOTION TO COMPEL PRODUCTION**<br><br>Current Date: May 2~~4~~ 3, 2007<br>Courtroom: F (15th Floor)<br>Judge:  Hon. James Larson |

Defendants Geico General Insurance Company, Government Employees Insurance

Company, Geico Casualty Company, and Geico Indemnity Company (hereafter, "Defendants")

have filed a Motion to Compel Responses to Interrogatories and Requests for Production

("Motion to Compel"), currently scheduled to be heard on May 2~~4~~ 3, 2007~~6~~.

Pursuant to an order of the Court, counsel for Plaintiffs G & C Autobody, Inc. and

Dibble's Autobody (hereafter, "Plaintiffs") and counsel for Defendants met and conferred to

STIPULATION AND ORDER TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE FOR
GEICO'S MOTION TO COMPEL PRODUCTION             Case No. C06-04898 MJJ

discuss the briefing schedule and hearing date for Defendants' Motion to Compel, as well as issues concerning the possible involvement of interested third parties. The parties were able to reach agreement on these matters, as set forth below.

THEREFORE, the parties, acting through their respective counsel, hereby STIPULATE as follows, and respectfully request that the Court issue this order in accordance with the parties' stipulation:

1. The hearing date for Defendants' Motion to Compel shall be continued from May 24, 2007 to May 30, 2007 at 9:30 a.m.

2. Plaintiffs' opposition papers, and any opposition papers to be filed by third party insurance companies whose direct repair agreements are at issue, shall be filed and served by May 14, 2007.

3. Third party insurance companies whose direct repair agreements are at issue in Defendants' Motion to Compel shall be entitled to file opposition papers no more than five pages in length, provided these opposition papers are filed and served by May 14, 2007.

4. Defendants' reply papers shall be filed and served by May 23, 2007.

DATED: May 4, 2007                    McMANIS FAULKNER & MORGAN

                                      MICHAEL REEDY
                                      Attorneys for Plaintiffs

DATED: May 4, 2007                    SNELL & WILMER LLP

                                      PAUL STOLLER
                                      Attorneys for Defendants

///

STIPULATION AND ORDER TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE FOR          2
GEICO'S MOTION TO COMPEL PRODUCTION                               Case No. C06-04898 MJJ

PURSUANT TO STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:

1.      The hearing date for Defendants' Motion to Compel shall be continued from May 23, 2007 to May 30, 2007 at 9:30 a.m.

2.      Plaintiffs' opposition papers, and any opposition papers to be filed by third party insurance companies whose direct repair agreements are at issue, shall be filed and served by May 14, 2007.

3.      Third party insurance companies whose direct repair agreements are at issue in Defendants' Motion to Compel shall be entitled to file opposition papers no more than five pages in length, provided these opposition papers are filed and served by May 14, 2007.

4.      Defendants' reply papers shall be filed and served by May 23, 2007.

DATED: May _7_, 2007



HON.
IT IS SO ORDERED
Judge James Larson

---

STIPULATION AND ORDER TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE FOR     3
GEICO'S MOTION TO COMPEL PRODUCTION                                Case No. C06-04898 MJJ