IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTOBODY, INC., et al., | No. C06-4898 MJJ |
| Plaintiff (s), | **ORDER OF REFERENCE OF DISCOVERY MOTION** |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, et al., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the following: Docket Nos. 29, 30, 31 (regarding disputes over Defendants' responses to all 21 of Plaintiffs' document requests), in the above captioned case, are referred to Chief Magistrate Judge James Larson. The parties are directed to confer with his chambers to establish a briefing/hearing schedule with regard to this second discovery motion.

Counsel will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge. THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR ___ ____ @ _____ IS HEREBY **VACATED**.

**IT IS SO ORDERED.**

Dated:   5/7/2007

_____
MARTIN J. JENKINS
United States District Judge