```
 1  JAMES MCMANIS (40958)
    MICHAEL REEDY (161002)
 2  COLLEEN DUFFY SMITH (161163)
    DAVID PEREZ (238136)
 3  McMANIS FAULKNER & MORGAN
    A Professional Corporation
 4  50 West San Fernando Street, 10th Floor
    San Jose, California 95113
 5  Telephone:   408-279-8700
    Facsimile:   408-279-3244
 6  cduffysmith@mfmlaw.com

 7  Attorneys for Plaintiffs G & C AUTO BODY, INC.,
    a California corporation, and DIBBLE'S AUTOBODY,
 8  the Collision Works, a sole proprietorship
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| G & C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C06-04898 MJJ<br><br>STIPULATED [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO QUASH AND/OR MODIFY DEFENDANTS' SUBPOENAS<br><br>Date:<br>Time:<br>Crtrm: 11, 19th Floor<br>Judge: Hon. Martin J. Jenkins |

Plaintiffs, G & C Auto Body, Inc., and Dibble's Autobody, the Collision Works, move for an order shortening time for hearing on plaintiffs' motion to quash and/or modify defendants', Geico General Insurance Company, Government Employees Insurance Company, Geico Casualty Company, and Geico Indemnity Company (collectively, "defendants"), subpoenas so that plaintiffs' motion will be heard **and** decided, as required by case law (see *King v. Fidelity Nat'l Bank of Baton Rouge* (5th Cir. 1983) 712 F.2d 188, 191), before the date set by defendants' subpoenas for production of documents.

1

Defendants do not oppose an order shortening time for hearing on Plaintiffs' Motion to Quash and/or Modify Defendants' Subpoenas based upon the following schedule:

   Plaintiffs will file their motion on May 29, 2007;

   Defendants will file their response on June 7, 2007;

   Plaintiffs will file their reply on June 11, 2007; and

   the hearing on Plaintiffs' motion will be on June 13, 2007 at 9:30 a.m. or as soon thereafter as the Court may set it.

Defendants agree to extend the date for production of documents set forth in the subpoenas to June 14 in order to accommodate this schedule. The parties, by and through their counsel, hereby stipulate to an order shortening time for hearing on Plaintiffs' Motion to Quash and/or Modify Defendants' Subpoenas.

DATED: May 29, 2007          McMANIS FAULKNER & MORGAN

                             _____
                             COLLEEN DUFFY SMITH
                             Attorneys for Plaintiffs

DATED: May 29, 2007          SNELL & WILMER, LLP

                             _____
                             PAUL L. STOLLER
                             Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS ORDERED THAT Plaintiffs' Motion to Quash and/or Modify Defendants' Subpoenas shall be filed concurrently with this order, on May 29, 2007. Defendants' Opposition to Plaintiffs' motion shall be filed on or before June 7, 2007. Plaintiffs' Reply to Defendants' Opposition to Plaintiff's motion shall be filed on or before June 11, 2007. Plaintiffs' motion shall be heard in this Court on June 13, 2007, at 9:30 a.m.

   OR AS SOON THEREAFTER AS CONVENIENT FOR JUDGE LARSON. mjj

DATED: ___5/30___, 2007      _____
                             JUDGE OF THE UNITED STATES DISTRICT COURT

2

Stipulated [Proposed] Order Shortening Time for Hearing on Plaintiffs' Motion to Quash and/or Modify Defendants' Subpoenas, G&C Auto Body et al. v. GEICO, et al., Case No. C06-04898 MJJ
2001544.1