Robert J. Gibson (144974)
Sheila Carmody (*pro hac vice*)
Paul L. Stoller (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
hgibson@swlaw.com
scarmody@swlaw.com
pstoller@swlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| G & C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C06-04898 MJJ<br><br>**ORDER TO FILE UNDER SEAL** |

The Court, having considered the Stipulated Motion for Order to File Under Seal and good cause appearing therefore,

IT IS HEREBY ORDERED that GEICO's Notice of Supplemental Exhibit in Support of: GEICO's Opposition to Motion to Quash and/or Modify Defendants'

1  Subpoenas and Cross Motion to Compel Production of Financial Documents and
2  Electronic Information be filed Under Seal.

4  DONE IN CHAMBERS this 2nd day of July 2007.



IT IS SO ORDERED

Judge James Larson