UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY, INC, et al., | No. C 06-4898 MJJ (JL) |
| Plaintiffs, | |
| v. | **NOTICE** |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendants. | |

All discovery in this case has been referred by the district court (Hon. Martin J. Jenkins) as provided by 28 U.S.C. §636(b) and Civil Local Rule 72.

The Court received Defendants' motion for Pretrial Conference pursuant to Rule 16, Federal Rules of Civil Procedure, filed on July 16, 2007 and noticed for hearing August 8.

The Court notes that a Pretrial Conference is normally the province of the trial court, on the court's initiative. Consequently this motion should have been filed before Judge Jenkins, even though its purpose is to obtain discovery. There are some major procedural problems as well. Civil Local Rule 7-2(a) provides that a motion be filed at least thirty-five days prior to the noticed hearing date. Defendants filed their motion twenty-three days prior to the hearing date. Furthermore, the motion is in reality a motion to compel a variety of discovery. The cut-off for fact discovery in this case was June 29, 2007. Civil Local Rule

26-2 provides that no discovery motions may be filed more than seven court days after the discovery cut-off. This deadline is long past.

Accordingly, this motion is denied as having been improperly filed and the hearing date is vacated.

IT IS SO ORDERED.

DATED: July 23, 2007

_____
JAMES LARSON
Chief Magistrate Judge