JAMES MCMANIS (40958)
MICHAEL REEDY (161002)
COLLEEN DUFFY SMITH (161163)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   408-279-8700
Facsimile:   408-279-3244
cduffysmith@mfmlaw.com

Attorneys for Plaintiffs

Robert J. Gibson (144974)
Sheila Carmody (*pro hac vice*)
Paul L. Stoller (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California  92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
hgibson@swlaw.com
scarmody@swlaw.com
pstoller@swlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| G & C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  C06-04898 MJJ<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLIANCE WITH ORDER COMPELLING PRODUCTION OF DOCUMENTS BY DEFENDANTS** |

1    On July 11, 2007, Magistrate Larson entered an Order Granting Discovery (the "Order") in response to Plaintiffs' Motion to Compel Further Production of Documents, for document requests that were served on November 1, 2006. The Order requires GEICO to produce responsive documents by July 25, 2007.

5    GEICO claims it will not be able to produce all of the documents by July 25, 2007. Accordingly, on July 18, 2007, GEICO filed an Emergency Motion to Modify the Order ("Motion"), requesting an extension of time to August 10, 2007 to comply with the Order. GEICO separately sought expedited consideration of the Motion.

9    Plaintiffs are willing to agree to extend the deadline for GEICO to comply with the Order to August 10, 2007. GEICO believes that additional time beyond August 10 may be necessary and reserves its right to seek additional time as that date approaches.[1] Plaintiffs are not willing to extend the deadline beyond August 10, 2007.

13   Accordingly, to resolve the pending Motion and so that GEICO will not be found in violation of the Order on July 25, 2007,

15   THE PARTIES HEREBY STIPULATE to extend the deadline for GEICO to produce the responsive documents in compliance with the Order to August 10, 2007.

17   The Parties respectfully request that the Court enter an order extending the deadline for GEICO'S production of responsive documents to August 10, 2007.

19   Respectfully submitted,

DATED:  July 25, 2007                    **McMANIS FAULKNER & MORGAN**

By: /s/ Michael Reedy
Michael Reedy
James McManis
Colleen Duffy Smith
Attorneys for Plaintiffs
G&C AUTO BODY, INC. and
DIBBLE'S AUTOBODY

---

[1] GEICO has separately appealed the Order and sought relief under Federal Rule of Civil Procedure 72.

```
                                    SNELL & WILMER L.L.P.


                                    By: /s/ Paul Stoller
                                        Robert J. Gibson
                                        Sheila Carmody
                                        Paul Stoller
                                        Attorneys for Defendants
                                        GEICO GENERAL
                                        INSURANCE COMPANY,
                                        GOVERNMENT EMPLOYEES
                                        INSURANCE COMPANY,
                                        GEICO CASUALTY
                                        COMPANY, and GEICO
                                        INDEMNITY COMPANY
```

## ORDER

Having reviewed the Parties' Stipulation to Extend Deadline For Compliance With Order Compelling Production of Documents by Defendants and good cause appearing therefore, and pursuant to stipulation by the parties,

THE COURT HEREBY ORDERS that the July 25, 2007 deadline for compliance with the Order Granting Discovery, dated July 11, 2007, shall be extended to August 10, 2007.

DATED: July 26, 2007

_____
HON. JAMES LARSON

## PROOF OF FILING AND SERVICE

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is One Arizona Center, 400 East Van Buren, Phoenix, Arizona 85004.

On July 25, 2007 I filed and served, in the manner indicated below, the foregoing document described as:

**PARTIES' STIPULATION TO EXTEND DEADLINE FOR COMPLIANCE WITH ORDER COMPELLING PRODUCTION OF DOCUMENTS BY DEFENDANTS**

on the interested parties in this action, listed below:

| PLAINTIFFS' COUNSEL | James McManis, Esquire<br>Colleen Duffy Smith, Esquire<br>Michael Reedy, Esquire<br>McMANIS FAULKNER & MORGAN APC<br>50 West San Fernando Street, 10th Floor<br>San Jose, California 95113<br>408.279.8700<br>408.279.3244, fax<br>cduffysmith@mfmlaw.com |
|---|---|

_x_  E-FILING: I caused such document to be sent electronically to the court; such electronic filing constitutes service upon the electronically-registered counsel for the parties.

_x_  FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

___  MAIL: I declare that I served the ORIGINAL AND ONE COPY of the foregoing document by U.S. Postal Service.

EXECUTED on July 25, 2007 at Phoenix, Arizona.

4
STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLIANCE WITH DISCOVERY ORDER, CASE NO. 3:06-CV-04898 (MJJ)
2026442.1