1  Colleen Duffy Smith (161163)
   McMANIS FAULKNER & MORGAN
2  A Professional Corporation
   50 West San Fernando Street, 10th Floor
3  San Jose, California 95113
   Telephone:  408-279-8700
4  Facsimile:   408-279-3244
   cduffysmith@mfmlaw.com
5  Attorneys for Plaintiffs

6  Robert J. Gibson (144974)
   Sheila Carmody (*pro hac vice*)
7  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
8  Costa Mesa, California 92626-7689
   Telephone: (714) 427-7000
9  Facsimile: (714) 427-7799
   hgibson@swlaw.com
10 scarmody@swlaw.com
   Attorneys for Defendants
11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
13

14 | G & C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship, | CASE NO.: 3:06-CV-04898 MJJ (JL) |
15 | | Honorable Martin J. Jenkins |
   | | Courtroom 11 |
16 | Plaintiffs, | |
17 | vs. | **STIPULATION FOR ENTRY OF THE AMENDED PROTECTIVE ORDER** |
18 | GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive, | DATE OF REMOVAL: August 14, 2006 |
19 | | TRIAL DATE: NONE |
20 | | |
21 | | |
22 | | |
23 | Defendants. | |
24 | | |

25  ///
26  ///
27  ///
28  ///

1909717.2                                  1         STIPULATION RE AMENDED PROTECTIVE ORDER
                                                     Case No. 3:06-CV-04898 MJJ (JL)

1  The parties to this suit stipulate and agree that the Protective Order which was
2  entered by the Court should be modified to provide for disclosure of materials and
3  information designated Highly Confidential to the parties' litigation consultants and
4  expert witnesses, court reporters and witnesses. See Section 4.1.4. Additionally, the
5  Order is being amended to facilitate discovery of documents that contain relevant
6  materials, but may also contain private, personal confidential information related to customers
7  policyholders and/or claimants, by requiring both parties to agree in advance that this
8  information will be kept strictly confidential and not used for any purpose other than
9  those outlined in Section 4.1.4 of the Proposed Amended Protective Order.
10  Accordingly, the parties have stipulated to an Amended Protective Order in the
11  form attached hereto as Exhibit A and request that this court enter the attached Amended
12  Protective Order in order to protect and to maintain the confidential nature of sensitive
13  and confidential personal and financial information.
14  Respectfully submitted this ___ day of August, 2007.

McMANIS FAULKNER & MORGAN

8/15/07

By: _____
Colleen Duffy Smith
Attorneys for Plaintiff

SNELL & WILMER L.L.P.

By: _____  8/16/07
Robert J. Gibson
Sheila Carmody
Attorneys for Defendants

It is so ordered.

8/22/2007

_____
U.S. Dist. Judge

1909717.2        2        STIPULATION RE AMENDED PROTECTIVE ORDER
                          Case No. 3:06-CV-04898 MJJ (JL)