**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY INC,<br><br>       Plaintiff,<br><br>  v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>       Defendant.<br>_____/ | No. C06-04898 MJJ<br><br>**ORDER VACATING HEARING** |

   Having reviewed the papers filed in support of and in opposition to Defendants' Motion For Leave To File A Counterclaim And Amended Answer (Docket No. 96), the Court finds the Motion appropriate for disposition on the papers. Accordingly, the Court **VACATES** the September 11, 2007 hearing in this matter. A written order will issue.

**IT IS SO ORDERED.**

Dated: September 7, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE