Robert J. Gibson (144974)
Sheila Carmody (*pro hac vice*)
Paul L. Stoller (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
hgibson@swlaw.com
scarmody@swlaw.com
pstoller@swlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| G & C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:06-CV-04898 MJJ<br><br>STIPULATED [~~PROPOSED~~] ORDER TO SHORTEN TIME AND ACCELERATE THE COURT'S RULING ON GEICOS'S MOTION FOR A PROTECTIVE ORDER TO PREVENT PLAINTIFFS FROM DEPOSING FOR A SECOND TIME DAVID SCOTT, TERRY THOMAS OR DENIS TURRENTINE |

The GEICO Defendants have filed a Motion for Protective Order to Prevent Plaintiffs from Deposing for a Second Time David Scott, Terry Thomas or Denis Turrentine. The parties agree that it is in the best interest of all the parties to obtain the Court's ruling on the motion prior to those depositions, which are set for October 22, 2007.

The parties therefore agree to an order shortening the time for consideration and decision on Defendants' motion based upon the following schedule:

1

STIPULATED [PROPOSED] ORDER TO SHORTEN TIME AND ACCELERATE RULING ON GEICO's MOTION FOR A PROTECTIVE ORDER TO PREVENT PLAINTIFFS FROM DEPOSING FOR A SECOND TIME DAVID SCOTT, TERRY THOMAS OR DENIS TERRENTINE, CASE NO. 3:06-CV-04898 (MJJ)
2057643.1

1  Plaintiffs will file their opposition to GEICO's motion on October 11, 2007.

2  GEICO will file its reply on October 15, 2007.

3  The parties agree that the Court may rule on GEICO's motion on the papers submitted without oral argument and respectfully request that the Court issue its ruling on the motion as soon as practicable before October 22, 2007.

Dated: October 10, 2007            McMANIS FAULKNER & MORGAN


/s/Colleen Duffy Smith
COLLEEN DUFFY SMITH
Attorneys for Plaintiffs


Dated: October 10, 2007            SNELL & WILMER


/s/Sheila Carmody
SHEILA CARMODY
Attorneys for Defendants


### ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiffs will file their Opposition to GEICO's Motion for a Protective Order to Prevent Plaintiffs from Deposing for a Second Time David Scott, Terry Thomas or Denis Turrentine on or before October 11, 2007. GEICO's Reply shall be filed on or before October15, 2007.

The Court will decide GEICO's motion on the papers submitted without oral

---
2
STIPULATED [PROPOSED] ORDER TO SHORTEN TIME AND ACCELERATE RULING ON GEICO's MOTION FOR A PROTECTIVE ORDER TO PREVENT PLAINTIFFS FROM DEPOSING FOR A SECOND TIME DAVID SCOTT, TERRY THOMAS OR DENIS TERRENTINE, CASE NO. 3:06-CV-04898 (MJJ)
2057643.1

argument and will issue its decision on the motion as soon as practicable before October 22, 2007.

Dated this 10 day of October, 2007.

*James Larson*

Honorable James Larson
Chief Magistrate Judge

---

3
STIPULATED [PROPOSED] ORDER TO SHORTEN TIME AND ACCELERATE RULING ON GEICO's MOTION FOR A PROTECTIVE ORDER TO PREVENT PLAINTIFFS FROM DEPOSING FOR A SECOND TIME DAVID SCOTT, TERRY THOMAS OR DENIS TERRENTINE, CASE NO. 3:06-CV-04898 (MJJ)
2057643.1