JAMES MCMANIS (40958)
MICHAEL REEDY (161002)
COLLEEN DUFFY SMITH (161163)
CHRISTINE PEEK (234573)
DAVID PEREZ (238136)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
cduffysmith@mfmlaw.com

Attorneys for Plaintiffs G & C AUTO BODY, INC.,
and DIBBLE'S AUTOBODY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| G & C AUTO BODY, INC., a California corporation; and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation; GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation; GEICO CASUALTY COMPANY, a Maryland corporation; GEICO INDEMNITY COMPANY, a Maryland corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  C06-04898 MJJ<br><br>[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' BUS. & PROF. CODE § 17200 CLAIM; PLAINTIFFS' MOTION PURSUANT TO FED. R. CIV. P. 56(f), IN EXCESS OF 25 PAGES<br><br>Date:  November 20, 2007<br>Time:  9:00 a.m.<br>Ctrm:  11, 19th Floor<br>Judge: Hon. Martin J. Jenkins |

IT IS HEREBY ORDERED that Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on Plaintiffs' Business & Professions Code section 17200 Claim; Plaintiffs' Motion Pursuant to Federal Rule of Civil Procedure 56(f) shall not exceed 37 pages in length, exclusive of declarations, exhibits or the proposed order.

DATED: 11/01 , 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT
Judge Martin J. Jenkins

1