1  JAMES MCMANIS (40958)
   MICHAEL REEDY (161002)
2  COLLEEN DUFFY SMITH (161163)
   McMANIS FAULKNER & MORGAN
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:  408-279-8700
5  Facsimile:   408-279-3244
   cduffysmith@mfmlaw.com
6
   Attorneys for Plaintiffs G & C AUTO BODY, INC.,
7  a California corporation, and DIBBLE'S AUTOBODY,
   the Collision Works, a sole proprietorship
8

9                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

11 | G & C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship | Case No. 3:C06-CV-04898 MJJ |
12 | | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL, PURSUANT TO L.R. 7-11 AND L.R. 79-5; DECLARATION OF COUNSEL; AND [PROPOSED] ORDER THEREON** |
13 | Plaintiffs, | |
14 | vs. | |
15 | GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive, | Date: November 20, 2007
Time: 9:30 a.m.
Courtroom: 11
Judge: Hon. Martin J. Jenkins |
20 | Defendants. | |

21

22  Pursuant to Northern District Local Rules 7-11 and 79-5, Plaintiffs, G & C AUTO

23 BODY, INC., and DIBBLE'S AUTOBODY, the Collision Works, (the "Plantiffs"), seek an

24 order of this Court, authorizing Plaintiffs to file the following documents under seal:

25     1. Declaration Of Ronald H. Schmidt In Support Of Plaintiffs' Opposition To

26 Defendants' Motions For Partial Summary Judgment On Plaintiffs' Bus. & Prof. Code § 17200,

27 And Fraud Claims; And Plaintiffs' Motion Pursuant To Fed. R. Civ. P. 56(F)

28     2. Declaration Of Vanessa Brown Claiborne In Support Of Plaintiffs' Opposition To

1  Defendants' Motions For Partial Summary Judgment On Plaintiffs' Bus. & Prof. Code § 17200,
2  And Fraud Claims; And Plaintiffs' Motion Pursuant To Fed. R. Civ. P. 56(F)
3       Plaintiffs' request is made on the basis that these declarations, from Plaintiffs' financial
4  experts, contain in large part, testimony and exhibits that is protectable as trade secret or
5  otherwise entitled to protection under the law, i.e., financial and other proprietary business
6  information of the parties, which already has been designated as either "Confidential," or
7  "Highly Confidential," under the terms of the parties' Stipulated Protective Order.

## DECLARATION OF COLLEEN DUFFY SMITH

9      1.    I am an attorney licensed to practice in this Court, a partner with McManis
10  Faulkner & Morgan, and am one of the attorneys representing Plaintiffs in this action.
11      2.    I make this declaration supporting Plaintiffs' request to file the Declarations of
12  Plaintiffs' financial damages experts: Ronald H. Schmidt and Vanessa Brown Claiborne (the
13  "Declarations") under seal pursuant to Northern District Local Rules 7-11 and 79-5.
14      3.    I have personally reviewed the Declarations and they each contain, in large part,
15  testimony and exhibits which are protectable as trade secret or otherwise entitled to protection as
16  proprietary business/financial information of the parties, both Plaintiffs and Defendants
17      4.    I am informed and believe, and on that basis aver, that information pertaining to
18  Defendants' business operations is deemed proprietary by Defendants, as such information has
19  previously been designated as "Confidential" by Defendants under the terms of the parties'
20  Stipulated Protective Order in this case.
21      I declare under penalty of perjury, under the laws of the United States of America, that
22  the foregoing is true and correct.
23      Dated: 11/16/07
24                                                        COLLEEN DUFFY SMITH
25  / / /
26  / / /
27  / / /
28

## ORDER

Having considered Plaintiffs' Adminstrative Motion to File Under Seal, good cause appearing therefore, it is ordered that the following documents be filed under seal:

1. Declaration Of Ronald H. Schmidt In Support Of Plaintiffs' Opposition To Defendants' Motions For Partial Summary Judgment On Plaintiffs' Bus. & Prof. Code § 17200, And Fraud Claims; And Plaintiffs' Motion Pursuant To Fed. R. Civ. P. 56(F)

2. Declaration Of Vanessa Brown Claiborne In Support Of Plaintiffs' Opposition To Defendants' Motions For Partial Summary Judgment On Plaintiffs' Bus. & Prof. Code § 17200, And Fraud Claims; And Plaintiffs' Motion Pursuant To Fed. R. Civ. P. 56(F)

Dated: _____   _____

UNITED STATES DISTRICT COURT JUDGE