Colleen Duffy Smith (161163)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   408-279-8700
Facsimile:    408-279-3244
cduffysmith@mfmlaw.com
Attorneys for Plaintiffs

Robert J. Gibson (144974)
Sheila Carmody (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
hgibson@swlaw.com
scarmody@swlaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| G & C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: 3:06-CV-04898 MJJ (JL) <br><br> Honorable Martin J. Jenkins <br> Courtroom 11 <br><br> **STIPULATION NON-OEM PARTS NOT AN ISSUE AND [PROPOSED] ORDER THEREON** <br><br> DATE OF REMOVAL:   August 14, 2006 <br> TRIAL DATE:   March 3, 2008 |

Pursuant to the Civil Local Rules of the Northern District of California Rule 7-12, the

Parties agree that this case does not involve the question of the quality of Non-OEM Parts. The

1

1   Parties will not present any evidence in any way involving the quality of Non-OEM or

2   Aftermarket parts through witness testimony or documents.

3          Respectfully submitted this _6 th_ day of November, 2007.

4

5

6                              McMANIS FAULKNER & MORGAN

7

8                              By: _____
                                        Colleen Duffy Smith
9                                       Attorneys for Plaintiff

10                             SNELL & WILMER L.L.P.

11

12                             By: _____
                                        Robert J. Gibson
13                                      Sheila Carmody
                                        Attorneys for GEICO
14

15

16

17                             [PROPOSED] ORDER

18

19   PURSUANT TO STIPULATION, IT IS SO ORDERED.

20   Date:   11/19/07

21

22

23                                            ates District Court Judge

24

25                              Judge Martin J. Jenkins

26

27

28