UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| G&C AUTO BODY, INC., a California Corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, and GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 3:06-CV-04898 (MJJ)<br><br>Honorable James Larson<br>Courtroom F<br><br>[~~PROPOSED~~] **[PROPOSED]**<br>**ORDER EXTENDING DEADLINES FOR RESPONSES AND REPLIES TO MOTIONS TO COMPEL**<br><br>Date: December 12, 2007<br>Time: 9:00 a.m.<br>Courtroom: F<br>Judge: James Larson<br><br>DATE OF REMOVAL: August 14, 2006<br>TRIAL DATE: March 3, 2008 |

Having reviewed the Parties Joint Motion to Extend Deadlines for Responses and Replies to Motions to Compel, and good cause appearing therefore, it is ordered that the parties will file the response and reply briefs as follows:

| | |
|---|---|
| Responses to Motions to Compel | November 30, 2007 |
| Replies to Motions to Compel | December 7, 2007 |

_____
**The Honorable James Larson**
Chief Magistrate Judge
United States District Court
Northern District of California
San Francisco Division