IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY INC, | No. C06-04898 MJJ |
|     Plaintiff, | **ORDER STRIKING PORTIONS OF DEFENDANTS' "PARTIAL SUMMARY JUDGMENT" MOTIONS** |
|     v. | |
| GEICO GENERAL INSURANCE COMPANY, | |
|     Defendant. | |

The Court is in receipt of three summary judgment motions that Defendants have noticed for hearing on January 8, 2008, after a November 20, 2007 hearing on two earlier partial summary judgment motions brought by Defendants. From the Court's initial review, it is evident that two of these motions – (1) Defendants' Motion For Partial Summary Judgment That G&C Auto Body, Inc. Is A Public Figure For Purposes Of G&C's Commercial Defamation Claim (Docket No. 277), and (2) Defendants' Motion For Partial Summary Judgment That Plaintiffs May Not Recover Punitive Damages (Docket No. 271) – each seek to resolve less than an entire claim at issue in the case. The Court regard these motions to resolve sub-issues of claims as improper under Federal Rule of Civil Procedure 56(d). *See Arado v. General Fire Extinguisher Corp.*, 626 F. Supp. 506, 509 (N.D. Ill. 1985); *SEC v. Thrasher*, 152 F. Supp. 2d 291, 295 (S.D.N.Y. 2001) (summary judgment is not a "vehicle for fragmented adjudication of non-determinative issues"). The Court declines to resolve the issues raised by these seriatim and piecemeal motions in advance of the pretrial conference and therefore **STRIKES** both motions.

Defendants' Motion For Partial Summary Judgment That Cal. Ins. Code § 758.5(c) Cannot

Constitutionally Prohibit Conduct At Issue and That GEICO's Communications With Its Customers About Repair Are Privileged As A Matter Of Law (Docket No. 274), also noticed for January 8, 2008, will remain on calendar as it seeks adjudication of the entirety of Counts II and IV in Plaintiffs' complaint. However, for the same reasons discussed above, the Court **STRIKES** the portion of this motion that relates to Count I, as this portion of the motion seeks to adjudicate only a sub-issue of that claim.

**IT IS SO ORDERED.**

Dated: December 12, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE