IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY INC,

    Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

No. C06-04898 MJJ

**ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER COURT ORDER ALLOWING GEICO TO FILE COUNTERCLAIM**

Before the Court is Plaintiffs' Motion To Reconsider Court Order Allowing GEICO To File Counterclaim. (Docket No. 245.) The issues raised by Plaintiffs' motion – specifically, the allegation that Defendant filed a counterclaim that exceeded the scope of the leave granted by the Court – do not provide a basis upon which this Court would reconsider its decision to grant leave in the first place. Plaintiffs' separate motion to strike the portions of the counterclaim that were not contained in the proposed counterclaim previously reviewed by this Court, which is noticed for hearing on January 8, 2008, provides an adequate remedy for the conduct of which Plaintiffs complain. Accordingly, the Court **DENIES** the motion to reconsider.[1]

**IT IS SO ORDERED.**

Dated: December 12, 2007

                                          MARTIN J. JENKINS
                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court also **DENIES** Plaintiffs' Ex Parte Motion For Order Shortening Time For Hearing On Plaintiffs' Motion To Reconsider Court Order Allowing GEICO To File Counterclaim. (Docket No. 245.)