1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| G&C AUTO BODY, INC., a California Corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, and GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 3:06-CV-04898 (MJJ)<br><br>Honorable James Larson<br>Courtroom F<br><br>**[PROPOSED] ORDER TO DISMISS PORTIONS OF BOTH PLAINTIFFS' AND GEICO'S MOTIONS TO COMPEL**<br><br>DATE: December 19, 2007<br>TIME: 9:00 a.m.<br>COURTROOM: F<br>JUDGE: James Larson<br><br>DATE OF REMOVAL: August 14, 2006<br>TRIAL DATE: March 3, 2008 |

22   After reviewing the parties' Stipulation and Joint Motion to Dismiss Portions of

23 Both Plaintiffs' and GEICO's Motions to Compel filed on November 5 and 6, 2007, the

24 Court orders that the Stipulation is GRANTED and the following portions of the parties'

25 Motions are withdrawn:

26   **1.    Plaintiffs' Motion to Compel Production of Documents and Further**

27 **Responses** [Doc. #224]: Section I.A. at 3-4; Section I.B.2 at 6; Section I.B.3 at 6-7;

28

1    Section I.B.5 at 8; Section I.C.1 at 9-11; Section I.C.2 at 11-12; Section I.D. at 14; Section

2    II. at 14-15; Section II. at 15-16.

3           GEICO will be responding to Sections I.B.1 at 4-6, I.B.4 at 7-8 and I.C.3 at 12-12

4    of Plaintiff's Motion to Compel.

5           **2.       GEICO's Motion to Compel Adequate Responses to Written Discovery**

6    [Doc. #224]: Sections I and II at 3-9.

7           Plaintiffs' will be responding to Sections III & IV at 9-12 of GEICO's Motion to

8    Compel.

9

10    December 12, 2007

11                                                                    IT IS SO ORDERED

12

13                                                          Judge James Larson

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28