1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO DIVISION

11

| | |
|---|---|
| G&C AUTO BODY, INC., a California Corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship, | CASE NO.: 3:06-CV-04898 MJJ (JLx) |
| | Honorable James Larson Courtroom F |
| Plaintiffs | |
| | [~~PROPOSED~~] ORDER ON STIPULATION REGARDING THE CONTINUED RULE 30(B)(6) DEPOSITION OF EUGENE CROZAT |
| vs. | |
| GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, and GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive, | DATE OF REMOVAL:    August 14, 2006 TRIAL DATE:    March 3, 2008 |
| Defendants. | |

///

///

///

///

///

///

560278.1

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1    After reviewing the parties' Stipulation Regarding the Continued Rule 30(b)(6)

2    Deposition of Eugene Crozat, and finding Good Cause, the Court hereby Orders

3    Mr. Crozat to appear for his continued deposition, pursuant to FRCP 30(b)(6), in

4    accordance with the terms of the parties' Stipulation.

5

6    Dated: _____December 18, 2007_____    _____

7                                          Honorable James Larson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
— L.L.P. —
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

560278.1

Stipulation Regarding the Continued Rule 30(b)(6) Deposition of Eugene Crozat
Case No.: 3:06-CV-04898 MJJ (JLx)