UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY, INC, et al., | No. C 06-4898 MJJ (JL) |
| Plaintiffs, | **ORDER** |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendants. | |

This matter came on for further discovery proceedings on December 19, 2007. Colleen Duffy-Smith appeared for the Plaintiffs, and Joshua Grabel for the defendants.

The parties affirmed that they had stipulated to a continuation of the 30(b)(6) deposition of Mr. Crozat and the Court signed the stipulation to that effect.

All other matters were resolved by the parties except for production of un-redacted repair orders. After considering the papers filed by the parties and the arguments of counsel, the Court grants the motion to compel production of un-redacted copies, subject to the amended discovery order which was submitted and approved by the Court on December 21, 2007.

DATED: December 21, 2007

_____
JAMES LARSON
Chief Magistrate Judge