1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY, INC.,

        Plaintiff,

    v.

GEICO GENERAL INSURANCE
COMPANY

        Defendant.
_____/

No. C-06-04898 MJJ (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the conference scheduled for January 23, 2008 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **February 6, 2008 at 9:00 a.m**.

    Settlement Conference statements, if not previously submitted, are due January 28, 2008. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

    The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: January 15, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge