IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY INC, | No. |
| Plaintiff, | C06-04898 MJJ |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant. / | |

YOU ARE HEREBY NOTIFIED THAT the Pretrial Deadlines, Pretrial Conference and Trial dates are **vacated.** New deadlines and dates will be issued upon reassignment of a new judge for trial purposes, if necessary.

**IT IS SO ORDERED.**

Dated: 1/31/2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE