UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY, INC.,

    Plaintiff,

    v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.
_____/

No. C-06-04898 MJJ (EDL)

NOTICE OF CONTINUANCE
<u>OF SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for February 6, 2008 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **March 20, 2008 at 9:00 a.m**.

Any updates to the previously submitted Settlement Conference Statements shall be lodged no later than March 17, 2008. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 4, 2008

                                          */s/ Elizabeth D. Laporte*
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge