IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**G&C AUTO BODY INC,**

      Plaintiff(s),

v.

**GEICO GENERAL INSURANCE COMPANY**,

      Defendant(s),
_____/

No. **C06-04898 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Plaintiffs' Motion to Dismiss and to Strike and Defendants' Motion for Partial Summary Judgment hearings scheduled for **Tuesday, February 26, 2008,** before the Honorable Martin J. Jenkins are hereby **vacated.** Oral argument is not required.  Orders will be issued by the Court soon.

Dated:       February 25, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Monica Narcisse
    Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.