UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY, INC.,

    Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.
_____/

No. 06-04898 MJJ (EDL)

NOTICE AND ORDER SETTING
FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

Following the Settlement Conference held on March 20, 2008, defense counsel shall provide its response to the draft language for non-monetary terms of potential settlement to plaintiff's counsel no later than April 4, 2008. The parties shall submit a joint letter update to this Court on or before April 14, 2008. The letter may be sent via facsimile to (415) 522-2002.

A further settlement conference is scheduled for May 7, 2008, at 9:30 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. **Any updates to the settlement conference statements shall be lodged with the Court by April 30, 2008.**

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: March 27, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge