1   JAMES MCMANIS (40958)
    MICHAEL REEDY (161002)
2   COLLEEN DUFFY SMITH (161163)
    McMANIS FAULKNER & MORGAN
3   A Professional Corporation
    50 West San Fernando Street, 10th Floor
4   San Jose, California 95113
    Telephone:   408-279-8700
5   Facsimile:   408-279-3244
    cduffysmith@mfmlaw.com
6
    Attorneys for Plaintiffs
7
    Robert J. Gibson (144974)
8   Sheila Carmody (*pro hac vice*)
    SNELL & WILMER L.L.P.
9   600 Anton Boulevard, Suite 1400
    Costa Mesa, California  92626-7689
10  Telephone: (714) 427-7000
    Facsimile: (714) 427-7799
11  hgibson@swlaw.com
    scarmody@swlaw.com
12
    Attorneys for Defendants
13

14                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO DIVISION

16  G & C AUTO BODY, INC., a California      Case No.  C06-04898 MJJ
    corporation, and DIBBLE'S
17  AUTOBODY, the Collision Works, a
    sole proprietorship
18                                           **STIPULATION AND ▮▮▮▮▮▮▮▮▮**
             Plaintiffs,                     **ORDER TO EXTEND DEADLINE**
19                                           **FOR FILING OF FIRST AMENDED**
    vs.                                      **CROSS-COMPLAINT BY**
20                                           **DEFENDANTS**
    GEICO GENERAL INSURANCE
21  COMPANY, an Iowa corporation,
    GOVERNMENT EMPLOYEES
22  INSURANCE COMPANY, a Maryland
    corporation, GEICO CASUALTY
23  COMPANY, a Maryland corporation,
    GEICO INDEMNITY COMPANY, a
24  Maryland corporation, and DOES 1
    through 100, inclusive,
25
             Defendants.
26

27

28                                        1
    ─────────────────────────────────────────────────────────

1        On March 11, 2008, the Hon. Judge Martin J. Jenkins entered an Order (1)

2   Granting In Part And Denying In Part Plaintiffs' Motion To Strike; 2) Granting Plaintiffs'

3   Motion To Dismiss With Leave To Amend; and (3) Denying Plaintiff's Special Motion

4   to Strike (the "Order").  The Order permits Defendants (collectively "GEICO") leave to

5   amend GEICO's Counterclaim in its entirety, on the four current factual bases for the

6   Counterclaim discussed in the Order.  The Order allows the amended Counterclaim, to be

7   filed in twenty (20) days, or by March 31, 2008.

8        On March 20, 2008, the parties participated in good faith in a Settlement

9   Conference before the Hon. Magistrate Judge Elizabeth D. Laporte.  The parties are

10  working in earnest to effectuate settlement.  Judge Laporte ordered that a further

11  settlement conference be held in May, 2008.

12       This matter has not yet been reassigned to a judge for trial, the time for hearing

13  dispositive motions has expired, and no new trial date has been ordered.

14       In order to assist the settlement process and to enhance judicial economy, THE

15  PARTIES STIPULATE the deadline for GEICO to file and serve its counterclaim, is

16  extended to May 23, 2008.  Plaintiffs' shall thereafter have until June 13, 2008, to

17  respond to any counterclaim.

18  / / /

19

20  / / /

21

22  / / /

23

24  / / /

25

26

27

28

2

STIPULATION AND [■■■■■■■■■] ORDER TO EXTEND DEADLINE FOR FILING OF FIRST AMENDED
CROSS-COMPLAINT BY DEFENDANTS, Case NO. 3:06-CV-04898 (MJJ)

2026442.1
8668342.1

1    The Parties jointly respectfully request that the Court enter an order extending the

2    deadline for GEICO'S filing of its First Amended Counterclaim to May 23, 2008,

3    permitting Plaintiffs' to respond on June 13, 2008.

4    Respectfully submitted,

5    DATED:   March _25_, 2008                    **McMANIS FAULKNER & MORGAN**

6

7

8                                                By: _C. Duffy Smith_
                                                    Michael Reedy
9                                                   James McManis
                                                    Colleen Duffy Smith
10                                                  Attorneys for Plaintiffs
                                                    G&C AUTO BODY, INC. and
11                                                  DIBBLE'S AUTOBODY

12                                               **SNELL & WILMER L.L.P.**

13

14                                               _C. Duffy Smith_
                                                 _for Sheila Carmody_
15                                               By: _with her permission_
                                                    Robert J. Gibson
16                                                  Sheila Carmody
                                                    Attorneys for Defendants
17                                                  GEICO GENERAL
                                                    INSURANCE COMPANY,
18                                                  GOVERNMENT EMPLOYEES
                                                    INSURANCE COMPANY,
19                                                  GEICO CASUALTY
                                                    COMPANY, and GEICO
20                                                  INDEMNITY COMPANY

21

22                          **ORDER**

23    Having reviewed the Parties' Stipulation to Extend Deadline For GEICO To File

24    Its First Amended Counterclaim and good cause appearing.

25    THE COURT ORDERS that the March 31, 2008 deadline permitting GEICO leave

26

27    to amend its Counterclaim, shall be extended to May 23, 2008, and that Plaintiffs shall

28

---

3

1    file their response to the First Amended Counterclaim by no later than June 13, 2008.

2

3    DATED:  March 27__ , 2008                              _____
                                                            HON. MARTIN J. JENKINS

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND ▮▮▮▮▮▮▮ ORDER TO EXTEND DEADLINE FOR FILING OF FIRST AMENDED
CROSS-COMPLAINT BY DEFENDANTS, Case NO. 3:06-CV-04898 (MJJ)

2026442.1
8668342.1