UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY, INC.,

    Plaintiff,

    v.

GEICO GENERAL INSURANCE COMPANY

    Defendant.
_____/

No. 06-04898 JSW (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated April 21, 2008, GEICO's in-house counsel, Marie Burdett, requested to be excused from personally appearing at the settlement conference scheduled for May 7, 2008. Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Ms. Burdett be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on May 7, 2008.

If the Court concludes that the absence of Ms. Burdett is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Ms. Burdett.

SO ORDERED.

Dated: April 22, 2008

                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge