UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY, INC.,

    Plaintiff,

    v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.
_____/

No. 06-04898 JSW (EDL)

NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **June 10, 2008**, at **2:00 p.m.**, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.

**Any updates to the parties' confidential settlement conference statements shall be lodged with the Court by June 4, 2008.**

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: May 21, 2008

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge