```
 1  JAMES MCMANIS (40958)
    MICHAEL REEDY (161002)
 2  McMANIS FAULKNER
    A Professional Corporation
 3  50 West San Fernando Street, 10th Floor
    San Jose, California 95113
 4  Telephone:  408-279-8700
    Facsimile:  408-279-3244
 5  mreedy@mcmanisfaulkner.com

 6  COLLEEN DUFFY SMITH (161163)
    MORGAN DUFFY-SMITH & TIDALGO LLP
 7  1960 The Alameda, Suite 220
    San Jose, California 95126
 8  Telephone:  408-244-4570
    Facsimile:  408-423-8830
 9  cduffysmith@mdstlaw.com

10  Attorneys for Plaintiffs

11

12  Robert J. Gibson (144974)
    Sheila Carmody (pro hac vice)
13  SNELL & WILMER L.L.P.
    600 Anton Boulevard, Suite 1400
14  Costa Mesa, California 92626-7689
    Telephone: (714) 427-7000
15  Facsimile: (714) 427-7799
    hgibson@swlaw.com
16  scarmody@swlaw.com

17  Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| G & C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship<br><br>    Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, | Case No. C06-04898 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESPONSE AND POSTPONE DISCOVERY FOR FIRST AMENDED CROSS-COMPLAINT BY DEFENDANTS** |

1

STIPULATION AND [PROPOSED] ORDER TO RESPONSE AND POSTPONE DISCOVERY FOR FIRST AMENDED CROSS-COMPLAINT BY DEFENDANTS, Case NO. 3:06-CV-04898 (MJJ)

2026442.1
8801087.2
8803876.1

| | |
|---|---|
| 1 | GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

7     On March 11, 2008, the Hon. Judge Martin J. Jenkins entered an Order permitting Defendants (collectively "GEICO") leave to amend GEICO's Counterclaim in its entirety, limited to the four current factual bases discussed in the Order. The Order stated GEICO would be permitted to file the counterclaim, within twenty (20) days, or by March 31, 2008.

    On March 20, 2008, the parties participated in good faith in a Settlement Conference before the Hon. Magistrate Judge Elizabeth D. Laporte.

    On March 27, 2008, the parties stipulated, and the Court ordered that the deadline for GEICO to file and serve its counterclaim, would be extended to May 23, 2008. Plaintiffs would have until June 13, 2008, to respond to any counterclaim.

    The parties and counsel met with Judge Laporte for a second Settlement Conference on May 7, 2008, but were unable to reach settlement. Counsel for the parties have continued to confer with Judge Laporte. A third Settlement Conference is scheduled for June 10, 2008. In order to assist the settlement process and to enhance judicial economy, THE PARTIES STIPULATE that the response to GEICO's counterclaim shall be extended to July 1, 2008 and no discovery on the counterclaim will be commenced until July 1, 2008.

    The Parties respectfully request that the Court enter an order permitting Plaintiffs' to respond to the Counterclaim on July 1, 2008.

---

2

STIPULATION AND [PROPOSED] ORDER TO RESPONSE AND POSTPONE DISCOVERY FOR FIRST AMENDED CROSS-COMPLAINT BY DEFENDANTS, Case NO. 3:06-CV-04898 (MJJ)
2026442.1
8801037.2
8803876.1

Respectfully submitted,

DATED: May 21, 2008      McMANIS FAULKNER

By: /s/ Michael Reedy
MICHAEL REEDY

DATED: May 23, 2008      MORGAN DUFFY-SMITH & TIDALGO

By: /S/ COLLEEN DUFFY-SMITH
COLLEEN DUFFY-SMITH
Attorneys for Plaintiffs
G&C AUTO BODY, INC. and
DIBBLE'S AUTOBODY

DATED: May 23, 2008      SNELL & WILMER L.L.P.

By: /s/ Sheila Carmody
SHEILA CARMODY
ROBERT J. GIBSON

Attorneys for Defendants
GEICO GENERAL INSURANCE
COMPANY, GOVERNMENT EMPLOYEES
INSURANCE COMPANY, GEICO
CASUALTY COMPANY, and GEICO
INDEMNITY COMPANY

3

STIPULATION AND [PROPOSED] ORDER TO RESPONSE AND POSTPONE DISCOVERY FOR FIRST AMENDED CROSS-COMPLAINT BY DEFENDANTS, Case NO. 3:06-CV-04898 (MJJ)

2026442.1
8801087.2
8803876.1

## ORDER

Having reviewed the Parties' Stipulation, this Court agrees that a Response to the First Amended Counterclaim shall be due by July 1, 2008 and no discovery regarding the Counterclaim will be commenced until after July 1, 2008.

DATED: May 28, 2008

*[signature: Jeffrey S. White]*
HON. JEFFREY WHITE

---

4

STIPULATION AND [PROPOSED] ORDER TO RESPONSE AND POSTPONE DISCOVERY FOR FIRST AMENDED CROSS-COMPLAINT BY DEFENDANTS, Case NO. 3:06-CV-04898 (MJJ)

2026442.1
8801087.2
8803876.1