IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY INC., et al., | |
| Plaintiffs, | No. C 06-04898 JSW |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, et al., | **ORDER (1) SETTING BRIEFING SCHEDULE AND (2) CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

This matter is set for a hearing on July 25, 2008 on Defendants' motion for leave to amend. The Court HEREBY ORDERS that Plaintiffs' opposition to this motion shall be due by June 27, 2008 and Defendants' reply, if any, shall be due by July 7, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

///
///
///
///
///
///

The Court FURTHER ORDERS that the Case Management Conference set for June 13, 2008 is HEREBY CONTINUED to be heard on July 25, 2008 following the hearing on the motion for leave to amend.

**IT IS SO ORDERED.**

Dated: June 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE