```
 1   JAMES MCMANIS (40958)
     MICHAEL REEDY (161002)
 2   McMANIS FAULKNER
     A Professional Corporation
 3   50 West San Fernando Street, 10th Floor
     San Jose, California 95113
 4   Telephone:  408-279-8700
     Facsimile:   408-279-3244
 5   mreedy@mcmanisfaulkner.com

 6   COLLEEN DUFFY SMITH (161163)
     MORGAN DUFFY-SMITH & TIDALGO LLP
 7   1960 The Alameda, Suite 220
     San Jose, California 95126
 8   Telephone:  408-244-4570
     Facsimile:   408-423-8830
 9   cduffysmith@mdstlaw.com

10   Attorneys for Plaintiffs

11

     Robert J. Gibson (144974)
12   Sheila Carmody (pro hac vice)
     SNELL & WILMER L.L.P.
13   600 Anton Boulevard, Suite 1400
     Costa Mesa, California 92626-7689
14   Telephone: (714) 427-7000
     Facsimile: (714) 427-7799
15   hgibson@swlaw.com
     scarmody@swlaw.com
16
     Attorneys for Defendants
17
```

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G & C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY | Case No. C06-04898 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER ~~TO CONTINUE HEARING DATE ON GEICO'S MOTION FOR LEAVE TO FILE AN AMENDED COUNTERCLAIM~~ |

---

1

STIPULATION AND [PROPOSED] ORDER ~~TO CONTINUE HEARING DATE ON GEICO'S MOTION FOR LEAVE TO FILE AN AMENDED COUNTERCLAIM~~, Case NO. 3:06-CV-04898 (MJJ)
2026442.1

|   |   |
|---|---|
| 1 | COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

On June 12, 2008, McManis Faulkner and its attorneys, as well as Colleen Duffy-Smith and Morgan, Duffy-Smith, and Tidalgo, counsel for Plaintiffs, G& C Auto Body, Inc. and Dibble's Autobody, filed separate Motions to Withdraw as Counsel for Plaintiffs. These motions are scheduled for hearing on July 25, 2008, at 9:00 a.m.

Two other matters are set for hearing on July 25, 2008: (1) GEICO's recently filed Motion for Leave to File an Amended Counterclaim Against Plaintiffs, and (2) a Case Management Conference.

Based upon concerns about the pending motions and about another order requiring Plaintiffs to respond to GEICO's current Counterclaim by July 1, 2008, counsel for the parties met and conferred. At the request of counsel for Plaintiffs, counsel for GEICO stipulates to the following modifications in the Court schedule:

1. The July 1, 2008 date for responding to GEICO's current Counterclaim (for which GEICO is seeking leave to amend) shall be vacated. The parties shall stipulate or the Court shall order a new response date after the Court has heard and decided GEICO's Motion for Leave to File an Amended Counterclaim Against Plaintiffs;

2. The Motion to Withdraw as Counsel for Plaintiffs shall be heard on July 25, 2008 at 9:00 a.m.;

3. GEICO's Motion for Leave to File an Amended Counterclaim Against Plaintiffs, currently scheduled for July 25, 2008, shall be continued to August 29, 2008 at 9:00 a.m. Plaintiffs' opposition papers shall be filed by August 8, 2008, and GEICO's reply papers shall be filed by August

1  15, 2008, pending stipulation by the parties and/or further order of
2  Court; and
3  4.  A Case Management Conference shall take place on July 25, 2008 after
4  the hearing on the Motions to Withdraw as Plaintiffs' Counsel.

Respectfully submitted,

DATED: June 18, 2008        **McMANIS FAULKNER**

By: /s/ Michael Reedy
MICHAEL REEDY

DATED: June 18, 2008        **MORGAN DUFFY-SMITH & TIDALGO**

By: /s/ Colleen Duffy-Smith
COLLEEN DUFFY-SMITH
Attorneys for Plaintiffs
G&C AUTO BODY, INC. and
DIBBLE'S AUTOBODY

DATED: June 18, 2008        **SNELL & WILMER L.L.P.**

By: /s/ Sheila Carmody
SHEILA CARMODY
ROBERT J. GIBSON

Attorneys for Defendants
GEICO GENERAL INSURANCE
COMPANY, GOVERNMENT EMPLOYEES
INSURANCE COMPANY, GEICO
CASUALTY COMPANY, and GEICO
INDEMNITY COMPANY

---

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON GEICO'S MOTION FOR LEAVE TO FILE AN AMENDED COUNTERCLAIM, Case NO. 3:06-CV-04898 (MJJ)
2026442.1

## ORDER

Having reviewed the Parties' Stipulation to Continue Hearing Date on GEICO's Motion for Leave to File an Amended Counterclaim ~~and good cause appearing therefore, and pursuant to stipulation by the parties,~~

THE COURT HEREBY ~~ORDERS as follows:~~ DENIES the Parties' Stipulation.

~~1. The July 1, 2008 date for responding to GEICO's current Counterclaim (for which GEICO is seeking leave to amend) shall be vacated. The parties shall stipulate or the Court shall order a new response date after the Court has heard and decided GEICO's Motion for Leave to File an Amended Counterclaim Against Plaintiffs;~~

~~2. The Motion to Withdraw as Counsel for Plaintiffs shall be heard on July 25, 2008 at 9:00 a.m.;~~

~~3. GEICO's Motion for Leave to File an Amended Counterclaim Against Plaintiffs, currently scheduled for July 25, 2008, shall be continued to August 29, 2008 at 9:00 a.m. Plaintiffs' opposition papers shall be filed by August 8, 2008, and GEICO's reply papers shall be filed by August 15, 2008, pending stipulation by the parties and/or further order of Court; and~~

~~4. A Case Management Conference shall take place on July 25, 2008 after the hearing on the Motions to Withdraw as Plaintiffs' Counsel.~~

DATED: June 19, 2008

_____
HON. JEFFREY WHITE

STIPULATION AND ~~[PROPOSED]~~ ORDER ~~TO CONTINUE HEARING DATE ON GEICO'S MOTION FOR LEAVE TO FILE AN AMENDED COUNTERCLAIM~~, Case NO. 3:06-CV-04898 (MJJ)
2026442.1