IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY INC., et al., | |
|     Plaintiffs, | No. C 06-04898 JSW |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, et al., | **ORDER (1) GRANTING PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF AND (2) CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON PENDING MOTIONS** |
|     Defendants. | |

The Court HEREBY GRANTS the request for administrative relief filed by plaintiff G&C Auto Body, Inc. ("G&C Auto Body") to file its opposition to McManis Faulkner's motion for leave to withdraw as counsel. Any reply brief in support of McManis Faulkner's motion to withdraw shall be filed by no later than July 23, 2008. The Court FURTHER ORDERS that case management conference and the hearing on Defendants' motion for leave to amend and the motions to withdraw as counsel filed by McManis Faulkner and Colleen Duffy Smith are HEREBY CONTINUED to August 15, 2008. The case management conference will be heard following the hearing on the motion for leave to amend and the motions to withdraw.

**IT IS SO ORDERED.**

Dated: July 15, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE