IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY, INC., et al., | |
| Plaintiffs, | No. C 06-04898 JSW |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, et al., | **ORDER (1) GRANTING DEFENDANTS' MOTION FOR LEAVE AND (2) CONTINUING HEARING ON PENDING MOTIONS TO WITHDRAW** |
| Defendants. | |

Now before the Court is the motion for leave to file an amended counterclaim filed by Defendants. This matter is set for a hearing on August 15, 2008. The Court finds that this matter is appropriate for disposition without oral argument and it is hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for August 15, 2008 on Defendants' motion for leave is VACATED. Plaintiffs have filed a statement of non-opposition to Defendants' motion for leave to file an amended counterclaim on the condition that Defendants reimburse Plaintiffs for the discovery expense incurred by the amendment, as previously order by the Court. Having carefully reviewed the parties' papers and considered their arguments and the relevant legal authority, and good cause appearing, the Court GRANTS Defendants' unopposed motion for leave to amend. As previously ordered, Plaintiffs are permitted to conduct any necessary discovery regarding the amended counterclaim and Defendants will be required to reimburse Plaintiffs for the discovery expenses incurred.

The Court GRANTS the request filed by plaintiff G&C Auto Body, Inc. to file a response to new materials filed with McMannis Faulkner's reply in support of its motion to withdraw as counsel and to continue the hearing. G&C Auto Body may file a response by no later than August 15, 2008. The Court HEREBY CONTINUES the hearing on the motions to withdraw and the further case management conference to September 12, 2008.

**IT IS SO ORDERED.**

Dated: August 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE