IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-04898 JSW<br><br>**ORDER (1) GRANTING PLAINTIFF DIBBLE'S AUTOBODY'S REQUEST FOR ADMINISTRATIVE RELIEF AND (2) CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON PENDING MOTIONS** |

    The Court HEREBY GRANTS the request for administrative relief filed by plaintiff Dibble's Autobody, the Collision Works, a sole proprietorship ("Dibble's Autobody") to file its declaration in opposition to the pending motions for leave to withdraw as counsel. The moving parties may file a supplemental reply brief to respond to Dibble's Autobody's declaration by no later than September 18, 2008. The Court FURTHER ORDERS that case management conference and the hearing on Defendants' motion for leave to amend and the motions to withdraw as counsel filed by McManis Faulkner and Colleen Duffy Smith are HEREBY

///

///

///

///

CONTINUED to October 3, 2008. The case management conference will be heard following the hearing on the motions to withdraw.

**IT IS SO ORDERED.**

Dated: September 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE