COLLEEN DUFFY SMITH (161163)
MORGAN DUFFY-SMITH & TIDALGO LLP
1960 The Alameda, Suite 220
San Jose, CA 95126
Telephone: (408) 244-4570
Facsimile: (408) 423-8830
Email: cduffysmith@mdstlaw.com

Movant, Motion for Leave to Withdraw

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G & C AUTO BODY, INC., a California Corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa Corporation, et al.,<br><br>Defendants. | No. 3:06-CV-04898 JSW<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING HEARING AND CASE MANAGEMENT CONFERENCE<br><br><br>Dept: Courtroom 2, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA<br><br>Judge: Hon. Jeffrey S. White<br><br>Hearing: October 3, 2008<br>Time: 9:00 a.m.<br>Trial Date: TBD |

WHEREAS on September 5, 2008, the Court, by its Amended Order Granting Plaintiff's Request for Administrative Relief and Continuing Hearing and Case Management Conference (Doc. 423), continued the hearing on the motions of McManis

STIPULATION AND PROPOSED ORDER RESETTING HEARING AND CASE MANAGEMENT CONFERENCE;
CASE No. 3:06-CV-04898 JSW

1  Faulkner and Colleen Duffy-Smith for leave to withdraw as counsel to October 3, 2008,
2  and ordered that the case management conference be heard following the hearing on
3  the motions to withdraw;
4      WHEREAS the Court permitted the parties seeking withdrawal to file a
5  supplemental reply brief to respond to DIBBLE'S AUTOBODY'S declaration by no later
6  than September 18, 2008;
7      WHEREAS Ms. Duffy-Smith notified all counsel and the Court on September 5,
8  2008, that she is scheduled to be on vacation from October 2 through October 6,
9  returning on October 7, 2008, and therefore cannot attend the hearing without hardship;
10
11     WHEREAS pursuant to a request from the Court and the requirements of Civ.
12 Local Rules 7-11 and 7-12, Ms. Duffy-Smith sought and obtained the stipulation of all
13 parties and counsel to reset the hearing and the case management conference until
14 October 10, 2008;
15     IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO:
16 Plaintiffs, G & C AUTO BODY INC., and DIBBLE'S AUTOBODY; Defendants GEICO
17 GENERAL INSURANCE COMPANY, et al.; and moving party McManis Faulkner that
18 the hearing on the moving parties' motions to withdraw as counsel be continued to
19 October 10, 2008, at 9:00 a.m., followed by a case management conference. Any
20 supplemental brief to respond to DIBBLE'S AUTOBODY'S declaration shall be filed by
21 the moving parties no later than September 18, 2008.
22
23     There has been one previous continuance of the instant proceedings granted by
24 the Court at the request of Plaintiff G & C AUTO BODY, INC.
25 IT IS SO STIPULATED:
26 Dated: 8 Sept. 08
27                                                   EVELYN L. DEATON
28                                                   Specially Appearing for Plaintiff
                                                  DIBBLE'S AUTOBODY

STIPULATION AND ~~PROPOSED~~ ORDER RESETTING HEARING AND CASE MANAGEMENT CONFERENCE;
CASE No. 3:06-CV-04898 JSW

| | | |
|---|---|---|
| 1 | Dated: September 8, 2006 | *[signature]*<br>R. WARDELL LOVELAND<br>Specially Appearing for Plaintiff<br>G & C AUTOBODY, INC. |
| | | |
| 4 | Dated: _____ | |
| 5 | | SHEILA CARMODY<br>Counsel for Defendants<br>GEICO, et al. |
| | | |
| 8 | Dated: _____ | |
| 9 | | MICHAEL REEDY<br>Moving Party<br>McMANIS FAULKNER |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

United States District Court Judge
Hon. Jeffrey S. White

---

STIPULATION AND ~~PROPOSED~~ ORDER RESETTING HEARING AND CASE MANAGEMENT CONFERENCE;
CASE No. 3:06-CV-04898 JSW

| | |
|---|---|
| 1  Dated: _____ | |
| 2 | R. WARDELL LOVELAND |
| 3 | Specially Appearing for Plaintiff G & C AUTOBODY, INC. |
| 4  Dated: *Sept 8, 08* | |
| 5 | SHEILA CARMODY |
| 6 | Counsel for Defendants GEICO, et al. |
| 8  Dated: _____ | |
| 9 | MICHAEL REEDY Moving Party |
| 10 | McMANIS FAULKNER |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

United States District Court Judge
Hon. Jeffrey S. White

Dated: 9/8/08

*[signature: Colleen Duffy-Smith]*
COLLEEN DUFFY-SMITH
Moving Party

Dated: _____

_____
R. WARDELL LOVELAND
Specially Appearing for Plaintiff
G & C AUTOBODY, INC.

Dated: _____

_____
SHEILA CARMODY
Counsel for Defendants
GEICO, et al.

Dated: Sept. 5, 2008

*[signature: Michael Reedy]*
MICHAEL REEDY
Moving Party
McMANIS FAULKNER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 9, 2008

*[signature: Jeffrey S. White]*
United States District Court Judge
Hon. Jeffrey S. White

---

STIPULATION AND PROPOSED ORDER RESETTING HEARING AND CASE MANAGEMENT CONFERENCE;
CASE No. 3:06-CV-04898 JSW