United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY INC., et al.,

    Plaintiffs,

v.

GEICO GENERAL INSURANCE COMPANY, et al.,

    Defendants.

No. C 06-04898 JSW

**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS COUNTERCLAIMS**

This matter is set for a hearing on December 5, 2008 on Plaintiffs' motion to dismiss GEICO's amended counterclaim. The Court HEREBY ORDERS that opposition to the motion shall be filed by no later than September 23, 2008 and a reply brief shall be filed by no later than September 30, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE