IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY INC., et al.,

    Plaintiffs,

v.

GEICO GENERAL INSURANCE COMPANY, et al.,

    Defendants.

No. C 06-04898 JSW

**ORDER DENYING STIPULATION TO FILE MOTIONS UNDER SEAL**

    The Court has received the parties' stipulation to file exhibits to the declaration of Robert J. Gibson under seal. The parties simply state generally, with respect to all of these documents, that the exhibits "include documents the parties have marked as "Confidential" or "Highly Confidential-Attorneys' Eyes Only" and that pursuant to the Amended Protective Order, such materials can only be submitted under seal.

    As a public forum, the Court will only entertain requests to seal that establish good cause and are narrowly tailored to seal only the particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality. Documents may not be filed under seal pursuant to blanket protective orders covering multiple documents. In addition, counsel should not attempt to seal entire pleadings or declarations without a particularized showing explaining why the request could not be more narrowly tailored. Any order granting a request to seal shall direct the sealing of only those documents, pages, or if

practicable, those portions of documents or pages that contain the information requiring confidentiality. All other portions of such documents shall remain in the public file. Civil L.R. 79-5(b) & cmt.

The parties have failed to make the requisite showing. Accordingly, the stipulation is DENIED without prejudice. If the parties file another administrative motion to seal, they are admonished to make a sufficient showing, detailing which *specific portions*, if any, of the documents in question contain particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality.

**IT IS SO ORDERED.**

Dated: September 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE