1  R. Wardell Loveland, Esq. - SBN 127736
   Hyon M. Kientzy, Esq. - SBN 209579
2  **CODDINGTON, HICKS & DANFORTH**
   A Professional Corporation, Lawyers
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Tel. (650) 592-5400
   Fax.(650) 592-5027
5
   **Specially appearing for Plaintiff
6  G&C Auto Body, Inc. for purposes of
   opposing motion to withdraw**
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         San Francisco Division

12 G & C AUTO BODY, INC., a California          No. C 06-04898 JSW
   Corporation, and DIBBLE'S AUTOBODY,
13 the Collision Works, a sole proprietorship,  [PROPOSED] ORDER GRANTING
                                                MOTION TO QUASH SERVICE OF
14                    Plaintiffs,               SUBPOENA UPON R. WARDELL
                                                LOVELAND
15 vs.

16 GEICO GENERAL INSURANCE
   COMPANY, an Iowa corporation,
17 GOVERNMENT EMPLOYEES
   INSURANCE COMPANY, a Maryland
18 corporation, GEICO CASUALTY
   COMPANY, a Maryland corporation,
19 GEICO INDEMNITY COMPANY, a
   Maryland corporation, and DOES 1 through
20 100, inclusive,

21                    Defendants.
                                          /
22

23      The Court, having reviewed the submission of subpoenaed attorney R. Wardell Loveland,

24 and having reviewed the matters submitted to date, by defendant GEICO, and finding good cause

25 therefor:

26      The Court hereby orders and rules that the service of the subpoena upon R. Wardell

27 Loveland, with command for production of documents, be and hereby is QUASHED. Discovery is

28 closed as to defendant GEICO.

---

[Proposed] Order Granting Motion to Quash Service of
Subpoena upon R. Wardell Loveland
C 06-04898 JSW

1  ~~The hearing upon the request for sanctions shall be set as follows. The hearing date is set for~~
2  ~~_____. R. Wardell Loveland shall file and serve his moving papers on or before _____. GEICO~~
3  ~~and its counsel shall file and serve opposing papers on or before _____. R. Wardell Loveland's Reply~~
4  ~~brief shall be filed on or before _____.~~
5  IT IS SO ORDERED.
6  Dated: October 9, 2008

_____
IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

[Proposed] Order Granting Motion to Quash Service of
Subpoena upon R. Wardell Loveland
C 06-04898 JSW

2