United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

G&C AUTO BODY INC., et al.,

    Plaintiffs,

v.

GEICO GENERAL INSURANCE COMPANY, et al.,

    Defendants.

No. C 06-04898 JSW

**ORDER DENYING OBJECTION AND AFFIRMING THE DISCOVERY ORDER**

Now before the Court is the objection filed by Defendants to Magistrate Judge Larson's Discovery Order dated October 9, 2008 (the "Discovery Order"). Although Defendants filed their objections as a motion and noticed it to be heard on January 9, 2009, no response need be filed and no hearing will be held concerning such objections unless otherwise ordered by the Court. *See* Local Civil Rule 72-2. Therefore, the hearing set for January 9, 2009 is VACATED and the motion to have the objections heard on shortened time is denied as MOOT. Having carefully reviewed the objection and considered Defendants' arguments and the relevant legal authority, and good cause appearing, the Court hereby DENIES Defendants' objections and AFFIRMS the Discovery Order.

The District Court may modify or set aside any portion of a magistrate's ruling on non-dispositive pre-trial motions found to be "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir.

1991). A ruling is clearly erroneous if the reviewing court, after considering the evidence, is left with the "definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

After a careful review of the Discovery Order, this Court finds that the Judge Laporte's ruling was not clearly erroneous or contrary to law. Therefore, this Court DENIES Defendants Objections and AFFIRMS the Discovery Order dated October 9, 2008..

**IT IS SO ORDERED.**

Dated: December 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE