1  Mark L. Venardi, (State Bar No. 173140)
2  H. Larry Elam III (State Bar No. 178836)
   THE VENARDI ELAM FIRM, LLP
3  2033 N. Main Street, Suite 750
   Two Ygnacio Center
4  Walnut Creek, California 94596
   Telephone: (925) 937-3900
5  Facsimile: (925) 937-3905
   Email: mvenardi@vefirm.com
6  Email: larry@vefirm.com

7  Attorneys for Plaintiffs
   G&C AUTO BODY, INC. and
8  DIBBLE'S AUTO BODY

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

| | |
|---|---|
| G&C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, and GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br><br>. . . (*caption continued on next page*) | CASE NO.: 3:06-cv-04898 JSW<br><br>The Honorable Jeffery White<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO SHORTEN TIME TO HEAR THE UNOPPOSED MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARINGS ON THE MOTION TO DISMISS AND GEICO'S OBJECTIONS TO JUDGE LARSON'S ORDER**<br><br>Date:　　　　January 16, 2009<br>Time:　　　　1:30 p.m.<br>Courtroom:　　2<br><br>Trial Date:　　None |

| | |
|---|---|
| 1 | |
| 2 | GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, and GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive, |

GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, and GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,

          Counter-claimants,

   vs.

G&C AUTO BODY, INC., a California corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship,

          Counter-defendants.

The Court having considered Plaintiffs' Motion to Shorten Time to Hear the Unopposed Motion to Continue the Case Management Conference and the Hearing on Plaintiffs' Motion Dismiss as follows:

1. The Case Management Conference is continued to January 16, 2009, to give Plaintiffs' counsel time to familiarize themselves with the matters and issues to be discussed at the conference.

2. The Hearing on Plaintiffs' Motion to Dismiss ~~and Geico's Objections to Judge Larson's Order that Geico cannot take any discovery of its counterclaim~~ is also continued to January 16, 2009.

IT IS SO ORDERED.

Dated: December 2, 2008

*Jeffrey S. White*
Honorable Jeffrey S. White
U.S. District Judge

-2-