# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| G&C AUTO BODY, INC., a California Corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship,<br><br>　　　　　Plaintiffs<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, and GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br><br>…(caption continued next page) | CASE NO.: 3:06-CV-04898  JSW<br><br>Honorable Jeffrey White<br>Courtroom 2<br><br>**[PROPOSED] ORDER TO FILE UNDER SEAL CONFIDENTIAL G&C LABOR RATE AGREEMENTS IN SUPPORT OF GEICO'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS GEICO'S COUNTERCLAIM, AND ALTERNATIVELY, CROSS MOTION FOR LEAVE TO AMEND**<br><br>Date:　　　January 16, 2009<br>Time:　　　1:30 p.m.<br>Courtroom:　2<br><br>DATE OF REMOVAL:　　August 14, 2006<br>TRIAL DATE:　　　　　None |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, and GEICO INDEMNITY COMPANY, a Maryland corporation, |
| 6 | Counter-claimants, |
| 7<br>8 | vs. |
| 9<br>10 | G&C AUTO BODY, INC., a California Corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship, |
| 11<br>12 | Counter-defendants. |

13  PURSUANT TO THE STIPULATED MOTION FOR ORDER TO FILE UNDER

14  SEAL, AND THE AMENDED PROTECTIVE ORDER (Docket No. 141), IT IS SO

15  ORDERED that Exhibits M, N and O to Robert J. Gibson's Declaration In Support Of

16  GEICO's Response in Opposition to Plaintiffs' Motion to Dismiss GEICO's

17  Counterclaim, and Alternatively, Cross Motion for Leave to Amend be filed Under Seal.
GEICO shall file redacted versions of these exhibits, redacting the "labor rate" information, by no

18  later than January 12, 2009.

19  Dated: _____January 8,___ 2009     _____
Honorable Jeffrey S. White
20                                                                    United States District Court Judge

9332605.1                                     - 2 -                          Case No.: 3:06-CV-04898 JSW

[Proposed] Order To File Under Seal Confidential G&C Labor Rate Agreements