IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&C AUTO BODY INC., et al., | |
| Plaintiffs, | No. C 06-04898 JSW |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, et al., | **AMENDED ORDER GRANTING GEICO'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| Defendants. | |

Now before the Court is the motion for leave to file a motion for reconsideration by GEICO General Insurance Company, Government Employees Insurance Company, GEICO Casualty Company, and GEICO Indemnity Company's (collectively, "GEICO"). The Court finds that this matter is appropriate for disposition without oral argument and it is hereby deemed submitted. *See* Civ. N.D. L.R. 7-1(b). Accordingly, the hearing set for July 31, 2009 is HEREBY VACATED. Having carefully reviewed GEICO's papers, considered GEICO's arguments and the relevant legal authority, the Court HEREBY GRANTS GEICO's motion for leave to file a motion for reconsideration.

A motion for reconsideration may be made on one of three grounds: (1) a material difference in fact or law exists from that which was presented to the Court, which, in the exercise of reasonable diligence, the party applying for reconsideration did not know at the time of the order; (2) the emergence of new material facts or a change of law; or (3) a manifest failure

1  by the Court to consider material facts or dispositive legal arguments presented before entry of
2  the order. Civ. L.R. 7-9(b)(1)-(3). In addition, the moving party may not reargue any written or
3  oral argument previously asserted to the Court. Civ. L.R. 7-9(c).
4      GEICO argues that there is a material difference in law from when the Court entered its
5  order. The Court finds that GEICO has demonstrated that the law has changed since the Court
6  entered its order and thus GRANTS GEICO's motion for leave to file a motion for
7  reconsideration.
8      **IT IS SO ORDERED.**

10 Dated: June 9, 2009

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

2