UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G&C AUTO BODY, INC., a California Corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, and GEICO INDEMNITY COMPANY, a Maryland corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 3:06-CV-04898 JSW (JL)<br><br>Honorable Jeffrey S. White<br>Courtroom 2<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>TRIAL DATE: November 2, 2009 |
| GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, and GEICO INDEMNITY COMPANY, a Maryland corporation,<br><br>Counter-claimants,<br><br>vs.<br><br>G&C AUTO BODY, INC., a California Corporation, and DIBBLE'S AUTOBODY, the Collision Works, a sole proprietorship,<br><br>Counter-defendants. | |

/ / /

1  Upon good cause appearing, and based on an agreement among the parties to mutually dismiss all claims in the Complaint and Counterclaim, this Court orders *G&C Auto Body, Inc., et al v. GEICO General Insurance Company et al*, Case No.: 3:06-CV-04898 JSW (JL), to be dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __August 28__, 2009

_____
Honorable Jeffrey S. White
United States District Judge
Northern District of California